UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jason Wimberly
    Plaintiff

V.

automotiveMastermind, Inc.
    Defendant

Bari Bauksbaum,
    Defendant

Eric Daniels,
    Defendant

Christina Bouchot,
    Defendant

John and Jane Doe- as to Defamation Claims
    Defendants

John and Jane Doe - as to Trustees of ERISA governed plans
    Defendants

Index No. 1:20-cv-01870-JGK-SDA

JURY DEMAND FOR ALL ISSUES SO TRIABLE

> The defendant should respond to the motion by August 11, 2020. The plaintiff may reply by August 14, 2020.
> SO ORDERED.
>
> New York, NY
> August 4, 2020
>
> /s/ John G. Koeltl
> John G. Koeltl
> U.S.D.J.

### PLAINTIFF'S MOTION TO SEAL OR IN THE ALTERNATIVE REDACT CERTAIN PORTIONS OF THE BRIEF

Comes now, Plaintiff Jason Wimberly and moves this court upon the papers annexed hereto for an Order granting the following relief.

1. An Order granting the Plaintiff leave to file the proposed portions of the brief that will be highlighted in yellow on the unredacted version of the brief under seal or in the alternative under redaction.
2. An Order granting the Plaintiff leave to file the exhibits referenced in his response to Defendant's Motion to dismiss under seal or in the alternative with redactions.

Respectfully submitted,

Jason Wimberly
Pro se