```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------
JASON WIMBERLY,

                Plaintiff,

    - against –

AUTOMOTIVEMASTERMIND, INC., ET AL.,

                Defendants.

------------------------------------------------

20-cv-1870 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has no power to consolidate this case with a case pending before another judge. The defendants should request Judge Caproni to transfer the case pending before her to this Court as a related case. See Rule 13(b)(3) of the Rules for the Division of Business for the Southern District of New York.

The parties should also be aware that if the case pending before Judge Caproni is transferred to this Court, it could be consolidated for discovery, for trial, or for both.

The motion to consolidate is therefore **denied without prejudice** at this time. The Clerk is directed to close Docket No. 18.

**SO ORDERED.**

Dated:    New York, New York
           August 19, 2020

                                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**