UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
JASON WIMBERLY,                                    20 Civ. 1870 (JGK)

            Plaintiff,                    ORDER

   - against -

AUTOMOTIVEMASTERMIND, INC.,

            Defendant.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant's motion to consolidate this case with 20 cv 2880, Docket No. 38, is denied without prejudice to renewal. Consolidation would accomplish no useful purpose at this time in view of the different procedural posture of the two cases. There is a pending motion to dismiss in this case, and 20 cv 2880 has been sent to mediation. The Clerk is directed to close Docket No. 38.

**SO ORDERED.**

Dated:   New York, New York
        August 31, 2020

                                            _____/s/ John G. Koeltl_____
                                                  John G. Koeltl
                                       United States District Judge