```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JASON WIMBERLY,                                    20-cv-1870 (JGK)

              Plaintiff,                      ORDER

    - against -

AUTOMOTIVEMASTERMIND, INC.,

              Defendant.

**JOHN G. KOELTL, District Judge:**

    The plaintiff's motion to seal or redact (docket no. 23) is granted, however, the plaintiff shall provide copies of the unredacted papers and all exhibits to the defendants by **November 2, 2020**. The defendant is granted leave to file a supplemental reply, if any, by **November 16, 2020**. The defendant reserves the right to object to any sealed document. The Clerk is directed to close docket no. 23.

SO ORDERED.

Dated:    New York, New York
           October 26, 2020

                                            John G. Koeltl
                                     United States District Judge