UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON WIMBERLY,

                Plaintiff,        20-cv-1870 (JGK)

      - against -           ORDER

AUTOMOTIVEMASTERMIND INC. ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the plaintiff's memorandum in opposition to the defendants' motion to dismiss. The memorandum violates the Court's rules on the length limits of submissions. However, no purpose would be served by striking the memorandum. The defendants may also submit an overly long memorandum in reply.

    As to the plaintiff's motion to file the memorandum with redactions, the request is granted. The redacted memorandum will be filed on the public docket and the unredacted memorandum will be filed under seal.

    As to the plaintiff's request to file Exhibit A containing the letter dated September 14, 2018 under seal, for which no basis has been asserted, the request is denied. The Exhibit should be filed on the public docket by the party that seeks to rely on it.

The Clerk of the Court is directed to send a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:  New York, New York
        May 25, 2021

_____
John G. Koeltl
**United States District Judge**