**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/20/2021___
```

Jason Wimberly,

                              Plaintiff,

            -against-

automotiveMastermind, Inc. et al.,

                        Defendants.

1:20-cv-01870 (JGK) (SDA)

Jason Wimberly,

                              Plaintiff,

            -against-

automotiveMastermind, Inc.,

                        Defendant.

1:20-cv-02880 (JGK) (SDA)

**ORDER SCHEDULING TELEPHONIC**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, September 15, 2021 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:        New York, New York
              July 20, 2021

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge